UNITED STATES DISTRICT COURT
District of Maine

KATHY R., )
                                                    )
    Plaintiff                 )
                                                    )
v.                                         )        No. 2:18-cv-00219-GZS
                                                    )
SOCIAL SECURITY )
ADMINISTRATION )
COMMISSIONER, )
                                                    )
    Defendant

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 6, 2019, his Recommended Decision (ECF No. 20). Plaintiff filed her Objection to the Recommended Decision (ECF No. 21) on February 19, 2019. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 22) on March 5, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.      It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that the Administrative Decision is hereby **AFFIRMED**.

							/s/George Z. Singal_____
							U.S. District Judge

Dated this 6th day of March, 2019.